ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Richard R. Gutierrez (Bar No. 141504)<br><br>Law Offices of Richard R. Gutierrez<br>1521 West Cameron Avenue, Suite 210<br>West Covina, California 91790<br>(800) 782-9322 | FILED<br>NOV 24 2008<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Steve P Sanchez; Mary E Moreno-Sanchez; | CASE NUMBER LA 05-13338-TD |
|---|---|
| | HEARING DATE: |
| | TIME: |
| Debtor. | PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 5,501.48 _____ which is the sum of all monies deposited with the court on the following date(s) February 14, 2008 _____
   on behalf of the creditor R.M.Galicia, Inc, dba Progressive Management Systems _____
   on claim number(s) No: 8426579 (internal) _____

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
      The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☒ c. I am the creditor and have appointed Richard R Gutierrez _____
      as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).
      _____
      _____
      _____

(Continued on next page)

Motion for Order Releasing Unclaimed Funds - *Page 2*  **F 3011-1**

| In re Steve P Sanchez; Mary E Moreno-Sanchez; Debtor. | CHAPTER 07 <br> CASE NUMBER <br> LA 05-13338-TD |
|---|---|

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   r.M. Galicia, Inc, inc. dba Progressive Management Systems

   1521 West Cameron Avenue #210

   West Covina, California 91790

   Bill Gutierrez (800) 782-9322

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   The trustee's report reflected an address of 1521 West Cameron Avenue #210

   West Covina, CA. This is the correct address but the check was never

   negotiated and became stale date.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*  **F 3011-1**

| In re Steve P Sanchez; Mary E Moreno-Sanchez; Debtor. | CHAPTER 07 |
| --- | --- |
| | CASE NUMBER LA 05-13338-TD |

*William Mark Gutierrez* (signature)
Creditor

(Corporate Seal

if applicable)

William Mark Gutierrez, Vice President
*Type or Print Creditor's Name*

R.M. Galicia, Inc. dba Progressive Management Systems
Creditor's Address

1521 West Cameron Ave, #110

West Covina, California 91790

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

On _____ before me, personally appeared *(insert name and title of the signer)*

SEE ATTACHED FORM

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

RICH L. GALLION
Commission # 1694000
Notary Public - California
Los Angeles County
My Comm. Expires Sep 16, 2010

*Rich L. Gallion* (signature)
Notary Public

My commission expires on 9/16/10

---

Revised May 2004  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.  **F 3011-1**

## ACKNOWLEDGMENT

State of California
County of _____LOS ANGELES_____ )

On __NOVEMBER 12, 2008__ before me, __RICH L GALLION - NOTARY PUBLIC__
(insert name and title of the officer)

personally appeared __WILLIAM MARK GUTIERREZ__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

RICH L. GALLION
Commission # 1694000
Notary Public - California
Los Angeles County
My Comm. Expires Sep 16, 2010

Motion for Order Releasing Unclaimed Funds - *Page 4*    **F 3011-1**

| In re Steve P Sanchez; Mary E Moreno-Sanchez; | CHAPTER 07 |
|---|---|
| Debtor. | CASE NUMBER LA 05-13338-TD |

*[signature: Richard R. Gutierrez]*

*Signature of Attorney/Attorney-in-Fact (if appointed)*

<u>Richard R Gutierrez, Attorney</u>
*Type or Print Name*

<u>Law Offices of Richard R Gutierrez</u>
*Address*

<u>1521 West Cameron Avenue #210</u>

<u>West Covina, California 91790</u>

STATE OF CALIFORNIA, COUNTY OF <u>LOS ANGELES</u>

On _____ before me, personally appeared *(insert name and title of the signer)* _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

*[handwritten: SEE ATTACHED FORM]*

(SEAL)

*Notary Public*

My commission expires on _____

Presented by:

_____

_____

_____

*Revised May 2004*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 3011-1**

# ACKNOWLEDGMENT

State of California
County of _____LOS ANGELES_____)

On __NOVEMBER 12, 2008__ before me, __RICH L GALLION - NOTARY PUBLIC__
(insert name and title of the officer)

personally appeared __WILLIAM MARK GUTIERREZ__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

RICH L. GALLION
Commission # 1694000
Notary Public - California
Los Angeles County
My Comm. Expires Sep 16, 2010

Motion for Order Releasing Unclaimed Funds - *Page 5*   **F 3011-1**

| In re Steve P Sanchez; Mary E Moreno-Sanchez;  Debtor. | CHAPTER 07 CASE NUMBER LA 05-13338-TD |
|---|---|

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on NOVEMBER 20, 2008, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

United States Trustee
725 S Figueroa Street, 26th Floor
Los Angeles, California 90017

US Bankruptcy Court
Financial Services, Room 1067
255 E Temple Street
Los Angeles, Calfiornia 90012

John J Menchaca
835 Wilshire Boulevard, Suite 300
Los Angeles, California 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Timothy Yoo - Trustee
1888 Century Park East #1500
Los Angeles, California 90067

Carmela Tan, Esq.
1888 Century Park East #1500
Los Angeles, California 90067

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Steve & Mary E Moreno-Sanchez
524 Stone Harbor Circle
La Habra, California 90631

John J Donovan, Esq.
2201 E Chapman Avenue
Fullerton, California 92831

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

MEMORIAL MEDICAL CENTER LONG BEACH &
PRESBYTERIAN HOSPITAL ASSIGNED TO R.M.
GALICIA, INC DBA PROGRESSIVE MANAGEMENT SYSTEMS

Law Offices of Richard R Gutierrez
1521 West Cameron Avenue, Suite #210
West Covina, California 91790

NOVEMBER 20, 2008
Date

*Signature*

RICH GALLION
*Type or Print Name*